IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

SALEEBAN ISSE ADAN aka SALEEVAN       *
ISSE ADAN, [1]
                                      *

            Plaintiff,                     Case No.  5:26-cv-00261-MTT-AGH
v.                                    *

JOHN OR JANE DOE ALL AMERICA AND      *
NEW YORK INTERNATIONAL COURT,
                                      *
            Defendants.

_____

**J U D G M E N T**

Pursuant to this Court's Order dated July 7, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 7th day of July, 2026.

David W. Bunt, Clerk

s/ Kami D. Seward, Deputy Clerk

---

[1] Although Plaintiff filed the instant case as Saleeban I., a review of the Georgia Department of Corrections (GDC) Database using the GDC ID number listed by the Plaintiff shows his name spelled as Saleevan Isse Adan. *Find an Offender*, Georgia Department of Corrections, http://dcor.state.ga.us/GDC/Offender/Query (last visited July 6, 2026). Plaintiff is a vexatious litigant who has filed more than one hundred (100) federal civil actions under these two names as well as other monikers in the Northern District of Georgia, Middle District of Georgia, Southern District of Georgia, and Northern District of Florida. *PACER Case Locator*, PACER, https://pcl.uscourts.gov/pcl/pages/search/findParty.jsf (last visited July 6, 2026).